**DISMISS and Opinion Filed September 20, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00800-CV**

**BRIAN BLANKMAN, Appellant**
**V.**
**SOUTH LIMESTONE HOSPITAL DISTRICT D/B/A**
**ACCEL AT WILLOW BEND, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-06260-2023**

## MEMORANDUM OPINION

Before Justices Molberg, Breedlove, and Kennedy
Opinion by Justice Molberg

Before the Court is the September 18, 2024 letter of counsel for appellant stating that appellant withdraws this appeal. We construe the letter as a motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Ken Molberg//
KEN MOLBERG
JUSTICE

240800f.p05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BRIAN BLANKMAN, Appellant

No. 05-24-00800-CV      V.

SOUTH LIMESTONE HOSPITAL
DISTRICT D/B/A WILLOW BEND,
Appellee

On Appeal from the 429th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 429-06260-
2023.
Opinion delivered by Justice
Molberg. Justices Breedlove and
Kennedy participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SOUTH LIMESTONE HOSPITAL DISTRICT D/B/A WILLOW BEND recover its costs of this appeal from appellant BRIAN BLANKMAN.

Judgment entered this 20th day of September, 2024.